WALTER P. MAKSYM, JR.
wmaksym@gmail.com
Law Offices of Walter Maksym
2056 N. Lincoln Avenue
Chicago, IL 60614-4525
Tel: (312) 218-4475
Fax: (773) 929-3132

PAUL D. SUPNIK
paul@supnik.com
9401 Wilshire Boulevard, Suite 1250
Beverly Hills, CA 90212
Tel: (310) 859-0100
Fax: (310) 388-5645

Attorneys for Plaintiffs
WALTER P. MAKSYM, JR. and
DIETS DON'T WORK, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER P. MAKYM JR. and DIETS DON'T WORK, INC., an Illinois corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REBECCA COOPER,<br><br>　　　　Defendant. | Case No. CV 09-7098-DMG (PLAx)<br><br>**ORDER RE DISMISSAL [JS6]** |

　　Having reviewed the parties' Stipulation to Dismiss pursuant to Fed. R. Civ. P. 41(a) [Doc. # 64], and good cause appearing therefor,

　　IT IS ORDERED that pursuant to said Stipulation this case is hereby dismissed with prejudice, with each party bearing their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:   November 23, 2010

_____
Hon. Dolly M. Gee
United States District Judge